LILLIAN L. NOE, APPELLANT, v. THE MONMOUTH COUNTY COMMON PLEAS COURT, RESPONDENT.

Argued October 17, 1929—Decided May 19, 1930.

For the appellant, *Quinn, Parsons & Doremus.*

For the respondent, *William A. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Black, Campbell, Lloyd, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ.  13.

*For reversal*—None.